STANLEY E. KEEN
Regional Solicitor
ROBERT M. LEWIS, JR.
Counsel for ERISA
DANE L. STEFFENSON
GA Bar No. 677780
Trial Attorney
Office of the Solicitor
UNITED STATES DEPARTMENT OF LABOR
61 Forsyth St., Room 7T10
Atlanta, Georgia  30303
Telephone (404) 302-5435
Fax (404) 302-5438
Email:  Steffenson.dane@dol.gov

Attorneys for Petitioner,
United States Department of Labor

UNITED STATES DISTRICT COURT FOR

THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ELAINE L. CHAO, Secretary of Labor, UNITED STATES DEPARTMENT OF LABOR, | ) Case No. ) ) ) |
| Petitioner, | ) ) |
| v. | ) **SECRETARY'S PETITION TO** ) **ENFORCE ADMINISTRATIVE** |
| MATTHEW J. DONNELLY d/b/a/ The BUSINESS APPRAISAL INSTITUTE, | ) **SUBPOENA** *DUCES TECUM* ) ) |
| Respondents. | ) ) |

COMES NOW Petitioner ELAINE L. CHAO, Secretary of Labor, United States Department of Labor ("the Secretary"), and petitions the Court to compel Respondents Matt Donnelly and The Business Appraisal Institute ("Respondents") to produce documentary evidence and in support of her Petition asserts:

**JURISDICTION**

1. This Petition is brought to compel Respondents to comply with an Administrative Subpoena *Duces Tecum* issued by the

*Secretary's Petition to Enforce Administrative Subpoena        Page- 1*

Regional Director of the Atlanta Regional Office of the Employment Benefits Security Administration ("EBSA") of the United States Department of Labor in an investigation conducted pursuant to section 504 of the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. § 1134.

2. This Court has subject matter jurisdiction over this Petition pursuant to Sections 9 and 10 of the Federal Trade Commission Act, 15 U.S.C. §§ 49 and 50, as made applicable to ERISA by Sections 504(c) and 502(e)(1) of ERISA, 29 U.S.C. §§ 1134(c) and 1132(e)(1).

**VENUE AND INTRADISTRICT ASSIGNMENT**

3. Respondent Matthew J. Donnelly ("Donnelly") is a California resident residing at 180 2nd Street, Suite 419, Oakland, California 94607. Donnelly owns and conducts business as The Business Appraisal Institute ("BAI") pursuant to a Fictitious Business Name filed with the County of San Francisco on April 1, 2003. BAI has a mailing address in San Francisco, but the work Donnelly performs as BAI is performed at his residence in Oakland. Affidavit of Investigator Jennifer Del Nero In Support of Petition to Enforce Administrative Subpoenas *Duces Tecum* ("JDN Aff.") at ¶ 4. Both addresses are within the jurisdiction of this Court.

4. Respondents have been at all pertinent times a service provider to the Bruister & Associates Employee Stock Ownership Plan (the "ESOP"), Bruister & Associates Eligible Individual Account Plan (the "EIAP")(collectively, the "Plans"), and numerous other ERISA-governed plans. As service providers,

Respondents provided valuations of closely-held companies to determine a value of the company's stock that was to be sold to an ERISA-governed plan such as an Employee Stock Ownership Plan ("ESOP"). JDN Aff. ¶¶ 3, 6 and 7.

5. Venue lies in the Northern District of California pursuant to ERISA § 502(e)(2), 29 U.S.C. § 1132(e)(2), as Respondents have and continue to conduct business in this judicial district.

6. The documents sought by the Administrative Subpoena *Duces Tecum* are believed to be located at Donnelly's residence at 180 2nd Street, Suite 419, Oakland, California 94607. JDN Aff. ¶ 8. As the Administrative Subpoena *Duces Tecum* seeks documents that were created as a result of work performed in Oakland, California, and the documents responsive to the Subpoena are located in Oakland, California, this case should be assigned to the Oakland District pursuant to L.R. 3-2(c).

**THE INVESTIGATION AND SUBPOENA**

7. At all times relevant hereto, the Secretary, through the Atlanta Regional Office of EBSA, has been conducting an investigation of the Plans, including service providers and others related to the Plans, under ERISA § 504(a), 29 U.S.C. § 1134(a), to determine whether any person has violated or is about to violate any provision of Title I of ERISA or any regulation or order promulgated thereunder. JDN Aff. at ¶ 2.

8. In the course of its investigation, EBSA determined that obtaining certain information from Respondents was essential to determine whether any ERISA violations occurred in

*Secretary's Petition to Enforce Administrative Subpoena*                     Page- 3

1  connection with the services provided by Respondents.  Id. at ¶¶
2  3-7.
3      9.   On March 13, 2008, R.C. Marshall, Atlanta Regional
4  Director of EBSA, pursuant to authority vested by ERISA §
5  504(c), 29 U.S.C. § 1134(c), issued the Administrative Subpoena
6  *Duces Tecum* ("Subpoena") directed to Respondents.  Id. at ¶ 9.
7  A true and correct copy of the Subpoena is attached as Exhibit A
8  to the Del Nero Affidavit.
9      10.  EBSA served the Subpoena on Respondent by U.S.
10 Certified Mail, return receipt requested, on March 20, 2008.  Id.
11     11.  The Subpoena required Respondent to produce the
12 responsive documents by March 28, 2008.  JDN Aff., Exh. A.

**RESPONDENTS' FAILURE TO COMPLY WITH THE SUBPOENA**

14     12.  On March 24, 2008, Respondents' attorney, Larry
15 Israel, sent a fax acknowledging his clients' receipt of the
16 Subpoena, and answered the Subpoena by asserting various
17 objections and stating that Respondents had no responsive
18 documents other than those that had already been produced or to
19 which the objections applied.  JDN Aff. at ¶ 10.  A true and
20 accurate copy of the fax is attached as Exhibit B to the Del
21 Nero Affidavit.
22     13.  Respondents claimed they have no documents responsive
23 to paragraph 1 of the Subpoena asking for documents showing fees
24 charged or received by Respondents.  JDN Aff., Exh. A at ¶ 1 and
25 Exh. B.  However, Respondents have, at a minimum, a bank account
26 with bank statements showing deposits, tax returns, 1099s and

electronic data stored in a Quickbook system, all of which would be responsive to the Subpoena. JDN Aff. at ¶ 8.

14. Under a prior subpoena, Respondents produced most documents responsive to paragraph 2 of the Subpoena, but have acknowledged that they have not done a thorough search and that additional documents likely exist. JDN Aff., Exh. B.

15. Respondents asserted baseless objections to paragraphs 3-4 and 8-9 of the Subpoena. Respondents have not objected to paragraphs 5-7 of the Subpoena. JDN Aff., Exh. B.

16. To date, Respondents have provided no documents responsive to paragraphs 1 or 3-9 of the Subpoena. JDN Aff. at ¶ 11.

17. Undersigned counsel has had two telephone conversations with Respondents' counsel in a good faith effort to obtain Respondents' cooperation in providing the subpoenaed documents including an offer to review the documents as kept in the ordinary course of business to minimize Respondents' effort in complying. But, Respondents' counsel has continued to assert Respondents' unwillingness to comply with the Subpoena. Thus, the undersigned indicated to Respondents' counsel that the Secretary intended to proceed with enforcement of the Subpoena.

18. Despite counsel's efforts to obtain Respondents' full compliance with the Subpoena, Respondents have failed to produce any documents responsive to paragraphs 1 and 3-9 of the Subpoena.

*Secretary's Petition to Enforce Administrative Subpoena*          Page- 5

**PRAYER FOR RELIEF**

WHEREFORE, the Petitioner prays that this Court enter an Order requiring Respondents to appear on a date certain to show cause, if any there be, why it should not appear before the designated EBSA representative at such time and place as the Secretary or the Court may set, then and there to produce such designated documents and records as required by the Subpoena; and that the Petitioner have such other and further relief as may be necessary and appropriate.

Dated:    August 28, 2008

GREGORY F. JACOB
Solicitor of Labor

STANLEY E. KEEN
Regional Solicitor

ROBERT M. LEWIS, JR.
Counsel for ERISA

By:_____
   DANE L. STEFFENSON
   Trial Attorney

Attorneys for Petitioner
U.S. Department of Labor

SOL Case No. 08-60050

*Secretary's Petition to Enforce Administrative Subpoena*          *Page- 6*

**CERTIFICATE OF SERVICE**

I am a citizen of the United States of America and am over eighteen years of age. My business address is 61 Forsyth St. Room 7T10, Atlanta, GA 30303. On April 28, 2008, I served the SECRETARY'S PETITION TO ENFORCE ADMINISTRATIVE SUBPOENA DUCES TECUM, MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PETITION TO ENFORCE ADMINISTRATIVE SUBPOENA *DUCES TECUM*, AFFIDAVIT IN SUPPORT OF PETITION TO COMPEL RESPONDENTS TO PRODUCE DOCUMENTARY EVIDENCE, PROPOSED ORDER TO SHOW CAUSE, and MOTION FOR EXPEDITED HEARING on Respondents and Respondents' counsel, who stated he was authorized to accept service, by mailing in a sealed government envelope with postage thereon via United States mail addressed to:

Law Office of Larry Israel & Assoc.
Attn: Larry Israel
4454 Deer Ridge Road
Blackhawk, CA 94506

Matthew J. Donnelly
180 2nd St., Apt. 419
Oakland, CA 94607

The Business Appraisal Institute
Attn: Matthew J. Donnelly
41 Sutter Street, Sutie 1675
San Francisco, CA 94104

There is mail service between the place of mailing and the place so addressed.

Executed: August 28, 2008

By: _____
DANE L. STEFFENSON
Trial Attorney

*Secretary's Petition to Enforce Administrative Subpoena*     Page- 7