STANLEY E. KEEN
Regional Solicitor
ROBERT M. LEWIS, JR.
Counsel for ERISA
DANE L. STEFFENSON
GA Bar No. 677780
Trial Attorney
Office of the Solicitor
UNITED STATES DEPARTMENT OF LABOR
61 Forsyth St., Room 7T10
Atlanta, Georgia  30303
Telephone (404) 302-5435
Fax (404) 302-5438
Email:  Steffenson.dane@dol.gov

Attorneys for Petitioner,
United States Department of Labor

UNITED STATES DISTRICT COURT FOR

THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| ELAINE L. CHAO, Secretary of Labor, UNITED STATES DEPARTMENT OF LABOR, | ) ) ) ) | Case No. |
| Petitioner, | ) ) | **MOTION FOR EXPEDITED HEARING** |
| v. | ) ) | |
| MATTHEW J. DONNELLY d/b/a/ The BUSINESS APPRAISAL INSTITUTE, | ) ) ) | |
| Respondents. | ) ) | |

PETITIONER, Elaine L. Chao, Secretary of Labor, United

States Department of Labor, hereby files this Motion for

Expedited Hearing, to request an expedited hearing on her

Petition to Enforce Administrative Subpoena Duces Tecum Issued

by the Employee Benefits Security Administration ("EBSA"), which

has been filed contemporaneously herewith.

On March 13, 2008, EBSA issued an Administrative Subpoena

Duces Tecum ("Subpoena") to Matt Donnelly and the Business

1    Appraisal Institute ("BAI") to produce documents relevant to

2    EBSA's Atlanta Regional Office's ongoing investigation of the

3    Bruister & Associates Employee Stock Ownership Plan (the "ESOP")

4    and Bruister & Associates Eligible Individual Account Plan (the

5    "EIAP")(collectively, the "Plans"), including service providers

6    and others related to the Plans, being conducted pursuant to

7    ERISA § 504(a), 29 U.S.C. § 1134(a), to determine whether any

8    person has violated or is about to violate any provision of

9    Title I of ERISA or any regulation or order promulgated

10   thereunder.   Respondents have acknowledged receipt of the

11   Subpoena on March 24, 2008, but have refused to comply with the

12   Subpoena.

13       EBSA's on-site investigation of the Plans began on March

14   26, 2007.  The investigation involves, among other things,

15   transactions in which the ESOP purchased employer securities

16   beginning December 30, 2002.  Section 413 of ERISA, 29 U.S.C. §

17   1113, requires that fiduciary breaches resulting in violations

18   of ERISA be brought within six years of the breach.  Thus, using

19   the most conservative analysis, EBSA may be required to complete

20   its investigation, submit the case to the Department of Justice

21   for approval, and then file the case in the next four months.

22   As discussed in the Secretary's Petition and Memorandum in

23   Support, the documents requested by the Subpoena are essential

24   to EBSA completing its investigation.  Respondents' utter

25   failure to comply with the Subpoena severely prejudices the

26   Secretary's investigation and carry out her statutory

27   obligations in this matter.  Because of the identified time

28

*Secretary's Motion for Expedited Hearing*                    *Page- 2*

considerations, the Secretary respectfully requests an expedited
hearing on the Petition to Enforce Administrative Subpoena Duces
Tecum.  As stated in the Certificate of Service, a copy of this
Motion along with the Secretary's Petition to Enforce
Administrative Subpoena, Memorandum in Support, and proposed
order have been served on Respondents' counsel, who stated he
was authorized to accept service.

GREGORY F. JACOB
Solicitor of Labor

STANLEY E. KEEN
Regional Solicitor

ROBERT M. LEWIS, JR.
Counsel for ERISA

By: _____
    DANE L. STEFFENSON
    Trial Attorney

Attorneys for Petitioner
SOL Case No. 08-60050          U.S. Department of Labor