UNITED STATES DISTRICT COURT FOR

THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ELAINE L. CHAO, Secretary of Labor, UNITED STATES DEPARTMENT OF LABOR,<br><br>         Petitioner,<br><br>      v.<br><br>MATTHEW J. DONNELLY d/b/a/ The BUSINESS APPRAISAL INSTITUTE,<br>         Respondent. | ) Case No.<br>)<br>)<br>)<br>) **ORDER TO SHOW CAUSE**<br>) **(Proposed)**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Upon consideration of the Petition to Enforce Administrative Subpoena *Duces Tecum* by ELAINE L. CHAO, Secretary of Labor, United States Department of Labor, to compel Respondents Matthew J. Donnelly and the Business Appraisal Institute, to comply with the Subpoena *Duces Tecum* issued by the Employee Benefits Security Administration on March 13, 2008, and her Motion for Expedited Hearing, it is hereby

**ORDERED** that at _____ o'clock in the _____ on _____, 2008, in the United States District Court, Courtroom _____, _____, California, occupied by the undersigned Judge of the United States District Court for the Northern District of California, the Respondents appear at a

preliminary hearing and show cause, if any there be, why the prayer of the petition should not be granted; and it is further

**ORDERED**, that a copy of this Order to Show Cause, together with a copy of the Petition and accompanying papers, be served forthwith upon the Respondents.

**IT IS SO ORDERED.**


Dated: _____, 2008


_____
United States District Judge

Submitted By:

GREGORY F. JACOB
Solicitor of Labor

STANLEY E. KEEN
Regional Solicitor

ROBERT M. LEWIS, JR.
Counsel for ERISA

By: _____
DANE L. STEFFENSON
GA Bar No. 677780
Trial Attorney
Office of the Solicitor
UNITED STATES DEPARTMENT OF LABOR
61 Forsyth St., Room 7T10
Atlanta, Georgia 30303
Telephone (404) 302-5435
Fax (404) 302-5438
Email:  Steffenson.dane@dol.gov