STANLEY E. KEEN
Regional Solicitor
ROBERT M. LEWIS, JR.
Counsel for ERISA
DANE L. STEFFENSON
GA Bar No. 677780
Trial Attorney
Office of the Solicitor
UNITED STATES DEPARTMENT OF LABOR
61 Forsyth St., Room 7T10
Atlanta, Georgia  30303
Telephone (404) 302-5435
Fax (404) 302-5438
Email:  Steffenson.dane@dol.gov

Attorneys for Petitioner,
United States Department of Labor

UNITED STATES DISTRICT COURT FOR

THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELAINE L. CHAO, Secretary of Labor, UNITED STATES DEPARTMENT OF LABOR,<br><br>    Petitioner,<br><br>        v.<br><br>MATTHEW J. DONNELLY d/b/a/ The BUSINESS APPRAISAL INSTITUTE,<br><br>    Respondents. | ) Case No.<br>) 3:08-CV-04128-PJH<br>)<br>)<br>)<br>)<br>)<br>) **CONSENT ORDER**<br>)<br>)<br>)<br>)<br>) |

Petitioner ELAINE L. CHAO, Secretary of Labor, United States Department of Labor ("the Secretary"), Respondent Matthew J. Donnelly d/b/a The Business Appraisal Institute, by and through their respective counsel, have resolved the dispute addressed in Petitioner's Petition to Enforce Administrative Subpoena *Duces Tecum* [Document ("Doc.") No. 1].  The Court issued an Order to Show Cause on September 5, 2008 (Doc. No. 7); the parties received notice of this Order, setting a hearing

1  scheduled for September 17, 2008. The parties do now consent to
2  entry of this Order by this Court in accordance herewith.
3          After the filing of the Petition, the parties reached
4  an agreement whereby Respondent agreed to provide copies of all
5  documents responsive to the Subpoena.  Pursuant to the
6  agreement, Respondent has produced hard copy documents and
7  electronic computer files containing documents responsive to the
8  Subpoena.  It appears to the Petitioner that at least most, if
9  not all, documents responsive to the Subpoena have now been
10 produced by Respondent.  Respondent has further agreed that in
11 the event Petitioner believes additional documents need to be
12 produced, he will produce any such documents no later than
13 October 1, 2008. At that time, Petitioner anticipates dismissing
14 the Petition as moot.
15         Accordingly, it is hereby ORDERED that the hearing
16 scheduled for ~~October 1,~~ September 17, 2008, is hereby cancelled.
17 Dated:    September 16, 2008

                         _____
                         PHYLLIS J. HAMILTON
                         UNITED STATES DISTRICT JUDGE

        IT IS SO ORDERED
        [signature]
        Judge Phyllis J. Hamilton

22 The parties move for entry of the foregoing

```
 1
 2   By: [signature]                        GREGORY F. JACOB
     Larry Israel                           Solicitor of Labor
 3   Attorney for Petitioner
                                            STANLEY E. KEEN
 4                                          Regional Solicitor

 5                                          ROBERT M. LEWIS, JR.
                                            Counsel for ERISA
 6
                                            By: /s/ Dane L. Steffenson
 7                                              DANE L. STEFFENSON
                                                Trial Attorney
 8
                                            Attorneys for Petitioner
 9   SOL Case No. 08-60050                  U.S. Department of Labor

10

11

...

28
```

Consent Order                                                                    Page- 3